**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | GREGORY L. KNAUS | : | |
| | LEEANN KNAUS | : | CHAPTER 13 |
| | | : | |
| | Debtors | : | Bky No.  16-15038- REF |

## ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the First Application of attorney for the debtors and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

    $ _____2,600.00_____ for attorney's fees
    $ _____0.00_____ for expenses
    $ _____2,600.00_____ TOTAL for fees AND expenses
    LESS  $ _____1,290.00_____ credit for funds already received; equals
    $ _____1,310.00_____ BALANCE DUE

**Date: January 27, 2017**

ENTERED: _____      _____
                                                                                              J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman*
Lynn E. Feldman, Esquire
Attorney for Debtors
I.D.#: 35996
Feldman Law Offices
221 N. Cedar Crest Blvd.
Allentown, PA 18104
Phone (610) 530-9285
Facsimile (610) 437-7011
Email:  feldmanfiling@rcn.com