United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-15038-ref
Gregory L Knaus                                                                 Chapter 13
Leeanne Knaus
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: SaraR          Page 1 of 2              Date Rcvd: Jan 26, 2017
                             Form ID: pdf900      Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db/jdb         Gregory L Knaus,    Leeanne Knaus,    5040 Faith Cir,    Allentown, PA 18106-9499
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13760666       Aes/PHEAA,    PO Box 61047,    Harrisburg, PA 17106-1047
13837612       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13767269      +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,    ATTN: Claims Dept. MC 2235,
               701 E 60th Street North,    Sioux Falls, SD 57104-0432
13760667       Citibank NY State NA,    PO Box 22828,    Rochester, NY 14692-2828
13760668       Department stores National Bank Macys,    PO Box 8053 Box 8053,    Mason, OH 45040-8053
13796047       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13760671       Green Tree Servicing,    1100 Landmark Towers 345 St Peter St,    St Paul, MN 55102
13760673       KML Law Group,    701 Market St,    Ste 5000-BNY Mellon Independence Center,
               Philadelphia, PA 19106-1538
13841896      +KeyBank, National Association,    4224 Ridge Lea Road,    Amherst, NY 14226-1016
13806639       Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13760674       Navient solutions,    PO Box 9640 Box 9640,    Wilkes Barre, PA 18773-9640
13792858      +Rushmore Loan Management Servicing,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
               701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13769117       Wells Fargo Bank N. A.,    PO Box 10438,    Des Moines, IA 50306-0438
13760681      +Wells Fargo Card Service,    PO Box 14517,    Des Moines, IA 50306-3517
13841525      +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
               Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Jan 27 2017 01:22:16      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 27 2017 01:22:22     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2017 01:55:32      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13760672       E-mail/Text: cio.bncmail@irs.gov Jan 27 2017 01:21:52      Department of the Treasury - IRS,
               Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13766449      +E-mail/Text: DSLBKYPRO@discover.com Jan 27 2017 01:22:21      Discover Student Loans,
               PO BOX 30925,    Salt Lake City, UT 84130-0925
13760670       E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2017 01:55:13      Green Tree Servicing,
               PO Box 6158 Attn: Claims,    Rapid City, SD 57709-6158
13760676       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2017 01:55:19
               Portfolio Recovery Assoc.,    120 Corporate Blvd,    Norfolk, VA 23502-4952
13778743       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2017 01:55:20
               Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,    Norfolk VA 23541
13760675       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2017 01:22:04      Pa Department of Revenue,
               Bankruptcy Division,    PO Box 280946 Box 280946,    Harrisburg, PA 17128-0946
13784388      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2017 01:22:04
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
13760677       E-mail/Text: bnc-quantum@quantum3group.com Jan 27 2017 01:21:57      Quantum3 Group LLC,
               PO Box 788,    Kirkland, WA 98083-0788
13762506       E-mail/Text: bnc-quantum@quantum3group.com Jan 27 2017 01:21:57
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13765097       E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2017 01:55:32      Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13760679       E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2017 01:55:31      Synchrony Bank/Co,
               Recovery Management systems,    25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
13760669       E-mail/Text: DSLBKYPRO@discover.com Jan 27 2017 01:22:21      discover student loan,
               PO Box 30925 Box 30925,    Salt Lake City, UT 84130-0925
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
13760678     ##+Susquehanna Bank,    13511 Label Ln,    Hagerstown, MD 21740-2466
13760680     ##+Thomas Federman,    Federman & Associates,    305 York Rd Ste 300,    Jenkintown, PA 19046-3251
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: SaraR              Page 2 of 2                   Date Rcvd: Jan 26, 2017
                              Form ID: pdf900          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Rushmore Loan Management Servicing    bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          LYNN E. FELDMAN    on behalf of Debtor Gregory L Knaus feldmanfiling@rcn.com
          LYNN E. FELDMAN    on behalf of Joint Debtor Leeanne  Knaus feldmanfiling@rcn.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                               TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :

GREGORY L KNAUS
LEEANNE KNAUS

                                                    : Bankruptcy No. 16-15038REF
          Debtor(s)                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: January 26, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

LYNN E FELDMAN ESQ
FELDMAN LAW OFFICES PC
221 N CEDAR CREST BLVD
ALLENTOWN PA 18104-

GREGORY L KNAUS
LEEANNE KNAUS
5040 FAITH CIR
ALLENTOWN,PA.18106-9499