United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-15038-ref
Gregory L Knaus                                                       Chapter 13
Leeanne Knaus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: SaraR            Page 1 of 1              Date Rcvd: Jan 27, 2017
                             Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db/jdb         Gregory L Knaus,    Leeanne Knaus,    5040 Faith Cir,    Allentown, PA 18106-9499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2017 01:46:07      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Rushmore Loan Management Servicing
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Gregory L Knaus feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Leeanne  Knaus feldmanfiling@rcn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | GREGORY L. KNAUS | : | |
| | LEEANN KNAUS | : | CHAPTER 13 |
| | | : | |
| | Debtors | : | Bky No.  16-15038- REF |

**ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES**

Upon the First Application of attorney for the debtors and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

$ _____2,600.00_____ for attorney's fees
$ _____0.00_____ for expenses
$ _____2,600.00_____ TOTAL for fees AND expenses
LESS  $ _____1,290.00_____ credit for funds already received; equals
$ _____1,310.00_____ BALANCE DUE

**Date: January 27, 2017**

ENTERED: _____    _____
                                                                                                    J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman*
Lynn E. Feldman, Esquire
Attorney for Debtors
I.D.#: 35996
Feldman Law Offices
221 N. Cedar Crest Blvd.
Allentown, PA 18104
Phone (610) 530-9285
Facsimile (610) 437-7011
Email:  feldmanfiling@rcn.com